**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMAHRA HICKS,

        Plaintiff

    v.

MIKE JOHANNS,

       Defendant

_____/

No. 07-0112 MMC

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

    Before the Court is plaintiff Amahra Hick's Ex Parte Motion for Order Continuing Initial Case Management Conference, filed April 20, 2007.

    Good cause appearing, the motion is hereby GRANTED, and the initial case management conference is hereby CONTINUED from April 27, 2007 to June 8, 2007.  A joint case management statement shall be filed no later than June 1, 2007.

    **IT IS SO ORDERED.**

Dated: April 23, 2007

_____
MAXINE M. CHESNEY
United States District Judge