IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAHRA HICKS,<br><br>       Plaintiff<br>  v.<br><br>MIKE JOHANNS,<br><br>       Defendant<br>_____/ | No. 07-0112 MMC<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL; ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM** |

    Before the Court is plaintiff Amahra Hick's Substitution of Counsel, filed April 20, 2007.

    Good cause appearing, the substitution is hereby APPROVED and Lewis N. Nelson and Marianne E. Malveaux are substituted in place and stead of plaintiff in pro per.

    In light of the requirements of the E-Government Act of 2002, and plaintiff now being represented by counsel, IT IS HEREBY ORDERED that the case is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

    Plaintiff is hereby advised that section IV (A) of General Order No. 45 provides: "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to

1 ECF."  Accordingly, if counsel has not already done so, counsel for each party shall register
2 forthwith as an ECF User and obtain an ECF User ID and password.  Forms and
3 instructions concerning registration can be found on the district court's web site at
4 ecf.cand.uscourts.gov.
5    Counsel are reminded of the following provision in the Court's Standing Orders:
6 "In all cases that have been assigned to the Electronic Case Filing Program, the parties are
7 required to provide for use in chambers one paper copy of each document that is filed
8 electronically.  The paper copy of each such document shall be delivered no later than
9 noon on the day after the document is filed electronically.  The paper copy shall be marked
10 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked
11 with the judge's name, case number, and 'E-Filing Chambers Copy.'"
12    **IT IS SO ORDERED.**

14 Dated: April 23, 2007

MAXINE M. CHESNEY
United States District Judge