IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAHRA HICKS,<br><br>    Plaintiff<br>  v.<br><br>MIKE JOHANNS,<br><br>    Defendant<br>_____/ | No. 07-0112 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED** |

At the Initial Case Management Conference conducted June 8, 2007, the Court ordered plaintiff to serve her First Amended Complaint ("FAC") on defendant no later than July 13, 2007. To date, plaintiff has not filed proof of service of the summons and FAC on defendant.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than August 20, 2007, why the instant action should not be dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for failure to serve defendant.

**IT IS SO ORDERED.**

Dated: August 9, 2007

_____
MAXINE M. CHESNEY
United States District Judge