IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAHRA HICKS,<br><br>    Plaintiff<br>  v.<br><br>MIKE JOHANNS,<br><br>    Defendant<br>_____ / | No. 07-0112 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Before the Court is plaintiff's response, filed August 20, 2007, to the Court's August 9, 2007 order directing plaintiff to show cause why the instant action should not be dismissed on the ground plaintiff had not served her First Amended Complaint ("FAC") on defendant by the previously-set deadline of July 13, 2007.

Because plaintiff's response includes proof that she served defendant on July 13, 2007, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: August 24, 2007

                              MAXINE M. CHESNEY
                              United States District Judge