IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMAHRA HICKS,

    Plaintiff

  v.

ED SCHAFER,

    Defendant
                                     /

No. C 07-0112 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, defendant's Motion to Compel, filed March 28, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    The May 2, 2008 hearing noticed before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: March 31, 2008

MAXINE M. CHESNEY
United States District Judge