IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAHRA HICKS,<br><br>　　　　Plaintiff<br>　　v.<br>ED SCHAFER,<br><br>　　　　Defendant<br>_____/ | No. 07-0112 MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS; VACATING HEARING** |

　　　Before the Court is defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed April 10, 2008, by which defendant seeks an order dismissing each of plaintiff's claims, with the exception of her claim under Title VII of the Civil Rights Act. Plaintiff has filed a statement of non-opposition.  Having read and considered the motion and plaintiff's response thereto, the Court finds the matter suitable for decision on the papers, VACATES the hearing scheduled for May 16, 2008, and GRANTS the motion.

　　　Accordingly, plaintiff's claims under 42 U.S.C. § 1981, the Americans with Disabilities Act, and state law are hereby DISMISSED for lack of subject matter jurisdiction.

　　　**IT IS SO ORDERED.**

Dated: April 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge