IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAHRA HICKS,<br><br>　　　　Plaintiff<br>　v.<br>ED SCHAFER,<br><br>　　　　Defendant<br>_____/ | No. 07-0112 MMC<br><br>**ORDER RE: STIPULATION TO ENLARGE DATES** |

　　　The Court is in receipt of the parties' Stipulation to Enlarge Dates, filed May 23, 2008, by which the parties seek to continue all pretrial dates and deadlines, other than the June 13, 2008 Further Status Conference, and to continue the trial date.

　　　The Court will address the parties' joint request at the June 13, 2008 Further Status Conference. In the Joint Status Report, to be filed no later than June 6, 2008, the parties may wish to provide additional facts in support of their request for the above-referenced continuances. See Fed. R. Civ. P. 16(b)(4) (providing "schedule may be modified only for good cause").

　　　**IT IS SO ORDERED.**

Dated: June 2, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge