JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Facsimile: (415) 436-6927
    E-mail: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAHRA HICKS, <br>           Plaintiff, <br>     v. <br> ED SCHAFER, Secretary, U.S. Department of Agriculture, <br>           Defendant. | No. C 07-0112 MMC <br><br> **STIPULATION TO ENLARGE DISPOSITIVE MOTION DEADLINE;** ~~[PROPOSED]~~ **ORDER** |

    The parties stipulate to the following, subject to the approval of the Court:

    The cutoff date for filing dispositive motions previously set for October 31, 2008, is enlarged to **November 28, 2008**.

    The parties respectfully request this enlargement of the dispositive motion deadline because they have a mediation scheduled in this matter on the date of the current deadline, October 31, and hope to reach an amicable resolution at that time, and hope to avoid the time and expense of filing a dispositive motion. Additionally, Defendant's counsel has numerous pretrial preparations (e..g., joint pretrial statement, trial brief, proposed findings of fact/conclusions of law, witness list, exhibits, etc., for a trial beginning in this district on December 8) due on November 4, 2008, two business days after the mediation and current dispositive motion

STIPULATION TO ENLARGE DISPOSITIVE MOTION DEADLINE; [PROPOSED] ORDER
No. C 07-0112 MMC        1

1  deadline, limiting Defendant's ability to prepare and file a motion for summary judgment by the
2  current deadline. Plaintiff's counsel Lewis Nelson also has a trial set for December 8.
3        The trial date in this matter remains set for March 16, 2009, so this will not cause any
4  delay in trial scheduling. This is the second request for an enlargement of dates in this action.

7  DATED: 10/24/2008

                         LEWIS N. NELSON
8                           Attorney for Plaintiff

10 DATED: 10/24/2008

                         MARIANNE E. MALVEAUX
11                          Attorney for Plaintiff

13                          JOSEPH P. RUSSONIELLO
14                          United States Attorney

16 DATED: 10/28/2008

                         NEILL T. TSENG
17                          Assistant United States Attorney
                         Attorneys for Defendant

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**, with the exception that the deadline to file dispositive motions is CONTINUED to November 26, 2008, as November 28, 2008 is a court holiday.

22 DATED: October 29, 2008

                         HON. MAXINE M. CHESNEY
                         United States District Judge

STIPULATION TO ENLARGE DISPOSITIVE MOTION DEADLINE; [PROPOSED] ORDER
No. C 07-0112 MMC               2