```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
 6     Facsimile: (415) 436-6927
       E-mail: neill.tseng@usdoj.gov
 7
    Attorneys for Defendant ED SCHAFER
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
    AMAHRA HICKS,                    )  No. C 07-0112 MMC
12                                   )
              Plaintiff,              )  No. C 08-4960 MMC
13                                   )
         v.                          )  STIPULATION TO DISMISS WITH
14                                   )  PREJUDICE; [PROPOSED] ORDER
    ED SCHAFER, Secretary, U.S. Department )
15  of Agriculture,                  )
              Defendant.              )
16  _____ )
```

17      Subject to the approval of the Court, the parties hereby stipulate as follows:

18      WHEREAS, the Court approved the settlement in the above-captioned actions on January

19  12, 2009 (Case 3:07-cv-00112-MMC Doc. #45; Case 3:08-cv-04960-MMC Doc. #9);

20      WHEREAS, the settlement amount has been paid and received in full;

21      THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff

22  AMAHRA HICKS and defendant ED SCHAFER, Secretary, U.S. Department of Agriculture,

23  hereby stipulate to dismiss with prejudice the above-captioned actions, including all claims that

24  were or could have been asserted therein. Each party will bear its own costs.

25  //

26  //

27  //

28

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
No. C 07-0112 MMC; No. C 08-4960 MMC           1

1 | DATED: May 18, 2009

                                   AMAHRA HICKS
                                   Plaintiff

5 | DATED: 5/18/09

                                   MARIANNE E. MALVEAUX
                                   Attorney for Plaintiff

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

10 | DATED: 5/19/09

                                   NEILL T. TSENG
                                   Assistant United States Attorney
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: May 20, 2009

                                   HON. MAXINE M. CHESNEY
                                   United States District Judge

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
No. C 07-0112 MMC; No. C 08-4960 MMC        2